In the Matter of FRANCIS J. HEAFY, Appellant, against WILLIAM H. McCABE, Respondent.

(Argued March 2, 1936; decided March 17, 1936.)

*William J. Wallin* for appellant.

*Leonard G. McAneny, Corporation Counsel (Morris L. Rossenwasser* and *J. Raymond Hannon* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.